# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Carl Auguste | ) | 20-mj-6193-MPK |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2/1/18 - 2/25/20 in the county of Suffolk in the _____ District of Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | receipt of child pornography, on various dates from in or about February 2018 through on or about February 25, 2020 |
| 18 U.S.C. § 2252A(a)(5)(B) | possession of child pornography, on or about February 25, 2020 |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Gregory Squire, attached hereto and incorporated herein

☑ Continued on the attached sheet.

*Complainant's signature*

Gregory Squire, Special Agent, HSI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 25, 2020

*Judge's signature*

City and state: Boston, Massachusetts  Hon. M. Page Kelley

*Printed name and title*