**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

| Place of Offense: | Category No. __II__ | Investigating Agency __HSI__ |
|---|---|---|

**City** __Roslindale__    **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   __20-mj-6193-MPK__
Search Warrant Case Number   __20-mj-6179-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Carl Auguste__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name _____

Address   (City & State) __Roslindale, MA__

Birth date (Yr only): __1990__   SSN (last4#): __8669__   Sex __M__   Race: __Black__   Nationality: __LPR; Haitian citizen__

**Defense Counsel if known:**   __Michael Bourbeau__   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Anne Paruti__    Bar Number if applicable __670356__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** __02/25/2020__

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __02/25/2020__   Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Carl Auguste

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____