```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,                  ) No. 20-mj-6193-MPK
                                           )
                    Plaintiff,             )
          v.                               )
                                           )
CARL AUGUST                                )
                    Defendant.             )
_____)
```

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant CARL AUGUST, by and through his attorney of record, hereby moves this Honorable Court for an Order modifying his conditions of release to add a condition that includes mental health counseling as directed by United States Probation. In support thereof, counsel submits that he has discussed this request with U.S. Probation Officer Larissa Charette, and both Probation and Mr. AUGUST believe it is in his best interest.

Date: April 3, 2020                   Respectfully submitted,

                                      *s/ Michael C. Bourbeau*

                                      MICHAEL C. BOURBEAU, BBO # 545908
                                      BOURBEAU & BONILLA, LLP
                                      80 Washington St., Building K
                                      Norwell, MA 02061
                                      (617) 350-6565

                                      Attorney for Defendant
                                      CARL AUGUST

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

*S/ Michael C. Bourbeau*

1